CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sheet Metal Workers' International Association )
)
)
)
        vs     Plaintiff )   Civil Action No._____
)
United Transportation Union )
)
)
        Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff Sheet Metal Workers' Int'l Ass'n__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff Sheet Metal Workers' Int'l Ass'n__ which have any outstanding securities in the hands of the public:

> There are no entities that would constitute "parent companies, subsidiaries or affiliates" of Plaintiff which would have any outstanding securities in the hands of the public, because Plaintiff is an unincorporated association representing workers in collective bargaining with employers.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

478938
BAR IDENTIFICATION NO.

Arlus J. Stephens
Print Name

1701 K Street NW, Suite 210
Address

Washington, DC      20006
City    State    Zip Code

(202) 223-2620
Phone Number