## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,

    Plaintiff,

        v.

INTERNATIONAL BOARD OF
DIRECTORS OF THE UNITED
TRANSPORTATION UNION, et al,

    Defendants.
_____/

Civil Action No. 07-2230 (JR)

### ENTRY OF APPEARANCE

The undersigned hereby enters an appearance as counsel for Plaintiff Sheet Metal Workers' International Association in this action.

Dated: December 11, 2007    Respectfully submitted,

      s/ Arlus J. Stephens
Arlus J. Stephens (DC Bar 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(202) 223-8651 (fax)

Attorney for Plaintiff Sheet Metal Workers'
International Association