IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:07-cv-02230-JR |
| INTERNATIONAL BOARD OF DIRECTORS OF THE UNITED TRANSPORTATION UNION, et al. | ) ) ) ) | |
| Defendants, | ) ) | |

**NOTICE OF APPEARANCE**

**COMES NOW**, Charles R. Both, (DC Bar No. 42424) of the Law Offices of Charles R. Both, 1666 Connecticut Avenue, NW, Suite 500, Washington, DC 20009, Telephone (202) 833-9060; Facsimile (202) 463-6686; e-mail chas@crbothlaw.com and b notifies this court and all counsel of his appearance as co-counsel of behalf of the Defendants in this action.

Respectfully submitted,

_____/s/_____
Charles R. Both  (D.C. Bar #42424)
LAW OFFICES OF CHARLES R. BOTH
1666 Connecticut Ave. N.W., Suite 500
Washington, D.C. 20009
202-833-9060
Fax: 202-463-6686
chas@crbothlaw.com