IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BOARD OF<br>DIRECTORS OF THE UNITED<br>TRANSPORTATION UNION, et al.<br><br>　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)  1:07-cv-02230-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　　　Betty Grdina hereby enters her appearance as co-counsel with Charles Both on behalf of the Defendants in this action..

　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　Betty Grdina 450346
　　　　　　　　　　　　　　　　　　　HELLER, HURON, CHERTKOF
　　　　　　　　　　　　　　　　　　　LERNER, SIMON & SALZMAN
　　　　　　　　　　　　　　　　　　　1730 M Street, NW
　　　　　　　　　　　　　　　　　　　Suite 412
　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　(202) 293-8090
　　　　　　　　　　　　　　　　　　　Fax: 202-293-7110
　　　　　　　　　　　　　　　　　　　bettygrdina@hellerhuron.com

　　　　　　　　　　　　　　　　　　　Attorney for Defendants