IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION | ) ) ) | | |
| Plaintiff, | ) ) | | |
| vs. | ) ) | 1:07-cv-02230-JR | |
| UNITED TRANSPORTATION UNION, et al. | ) ) ) | | |
| Defendants | ) | | |

**STIPULATION EXTENDING TIME TO PLEAD**

The parties through undersigned counsel hereby stipulate that Defendants shall answer, move or otherwise respond to the Amended Complaint on or bef ore February 29, 2008.

| | |
|---|---|
| ____/s/_____ | _____/s/_____ |
| Michael T. Anderson (DC Bar No. 459617) | Charles R. Both (DC Bar No. 42424) |
| Arlus J. Stephens (DC Bar No. 478938) | **Law Offices of Charles R. Both** |
| **Davis, Cowell & Bowe, LLP** | 1666 Connecticut Avenue, NW |
| 1701 K Street NW, Suite 210 | Suite 500 |
| Washington, DC 20006 | Washington, DC 20006 |
| 202 223-2620 | 202 8339060 |
| astephens@dcbwash.com | chas@crbothlaw.com |
| | |
| Richard G, McCracken | Betty Grdina (DC Bar No. 450346) |
| Paul L. Moore | **Heller, Huron, Chertkof, Lerner** |
| **Davis, Cowell & Bowe, LLP** | **Simon & Salzman** |
| 595 Market Street, Suite 1400 | 1730 Street NW, Suite 412 |
| San Francisco, California 94205 | Washington, D.C. 20036 |
| 415 597-7200 | 202 293-8090 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |