IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:07-cv-02230-JR |
| THE UNITED TRANSPORTATION UNION | ) ) ) ) | |
| Defendant | ) ) | |

**CONSENT MOTION TO EXTEND TIME TO PLEAD**

Defendant, United Transportation Union, hereby respectfully requests the Court for an extension of time, to and including February 29, 2008 in which to answer, move or otherwise plead to the First Amended Complaint and states as follows:

1. Defendant's answer to the First Amended Complaint, filed on February 11, 2008, was due to be filed on February 22, 2008.

2. Defendant filed a Motion to Transfer on February 12, 2008 (Docket No. 7) and has had discussions with counsel for Plaintiff about whether this case should be transferred, or alternatively stayed.

3. Defendant requires a one-week extension of time to evaluate its

position with respect to answering, moving, or otherwise responding to the First Amended Complaint.

4. The Plaintiff has agreed to an extension of time until February 29, 2008 for Defendant to answer, move or otherwise respond to the First Amended Complaint.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to answer, move or otherwise respond to the First Amended Complaint. To and including February 29, 2008.

Respectfully submitted,

__/s/_____
Charles R. Both (D.C. Bar #42424)
LAW OFFICES OF CHARLES R. BOTH
1666 Connecticut Ave. N.W., Suite 500
Washington, D.C. 20009
202-833-9060
Fax: 202-463-6686
chas@crbothlaw.com

Betty Grdina (D.C.BAR #450346)
HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN
1730 M Street N.W. ,Suite 412
Washington, D.C. 20036
202- 293-8090
Fax: 202-293-7110
bng@hellerhuron.com