IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED TRANSPORTATION<br>UNION<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  1:07-cv-02230-JR<br>)<br>)<br>)<br>)<br>)<br>) |

## ERRATA

The Clerk will attach to the previously file Consent Motion to Extend Time to Plead (Docket Entry No. 9) the attached Consent Order and Certificate of Service which previously were not attached to the Consent Motion.

Respectfully submitted,
__/s/_____
Charles R. Both (D.C. Bar #42424)
LAW OFFICES OF CHARLES R. BOTH
1666 Connecticut Ave. N.W., Suite 500
Washington, D.C. 20009
202-833-9060
Fax: 202-463-6686
chas@crbothlaw.com

Betty Grdina (D.C.BAR #450346)
HELLER, HURON, CHERTKOF, LERNER,
SIMON & SALZMAN
1730 M Street N.W. ,Suite 412
Washington, D.C. 20036
202- 293-8090
Fax: 202-293-7110
bng@hellerhuron.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br><br>  Plaintiff,<br><br>vs.<br><br>THE UNITED TRANSPORTATION<br>UNION<br><br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:07-cv-02230-JR |

## CONSENT ORDER

On Defendant's Motion and for good cause shown, and consent thereto, it is this ___ day of February 2008, ORDERED that the time for Defendant to answer, move or otherwise plead to the First Amended Complaint and Petition to Compel Arbitration shall be extended to and including February 29, 2008.

_____
James Robertson
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SHEET METAL WORKERS'            )
INTERNATIONAL ASSOCIATION       )
                                )
        Plaintiff,               )
                                )
vs.                             )        1:07-cv-02230-JR
                                )
UNITED TRANSPORTATION UNION,    )
                                )
        Defendant                )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served a copy of the foregoing Consent Motion and Order electronically and by first class mail, postage prepaid to:

Michael T. Anderson
Arlus J. Stephens
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
astephens@dcbwash,com

Richard G, McCracken
Paul L. Moore
Davis, Cowell & Bowe, LLP
595 Market Street, Suite 1400
San Francisco, California 94205
415 597-7200

Attorneys for Plaintiffs

_____
Charles R. Both