IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED TRANSPORTATION UNION,<br><br>    Defendant. | Civil No. 07-2230 (JR) |

## UNOPPOSED MOTION BY PLAINTIFF FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER VENUE OR TO STAY

Plaintiff Sheet Metal Workers' International Association respectfully asks this Court for an extension of time – up to and including March 25, 2008 – to file a response to Defendant United Transportation Union's Motion to Transfer Venue or to Stay [Doc. 7].  In support, the Plaintiff states as follows:

1. Plaintiff's response currently is due to be filed by Tuesday, February 26.

2. Counsel for Plaintiff and Defendant have conferred about a possible resolution of the Defendant's Motion.

3.      Due to this conferral and the need to present the issue to their respective clients – and thereby avoid preparing a potentially unnecessary brief -- and due to the burdens and exigencies of counsel's work schedule, more time is needed to respond.

4.      Counsel for the Defendant has consented to the requested extension period.

5.      Plaintiff requests this extension in good faith and not for any improper purpose.

WHEREFORE, Plaintiff respectfully moves this Court to extend the time for Plaintiff to respond to Defendant's Motion to Transfer up to and including March 25, 2008.

Dated:  February 22, 2008            Respectfully submitted,

s/ Arlus J. Stephens
Michael T. Anderson (DC No. 459617)
Arlus J. Stephens (DC No. 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(Fax) (202) 223-8651

Richard G. McCracken (CA No. 62058)
Paul L. More (CA No. 228589)
Davis Cowell & Bowe LLP
595 Market Street, Suite 1400
San Francisco, California 94105
(415) 597-7200
(Fax) (415) 597-7201

Attorneys for SHEET METAL
WORKERS' INTERNATIONAL
ASSOCIATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,

      Plaintiff,

vs.

UNITED TRANSPORTATION
UNION,

      Defendant.

Civil No. 07-2230 (JR)

## [PROPOSED] ORDER

For good cause shown, the Court hereby grants the Plaintiff's Unopposed Motion to Extend Time and orders that Plaintiff shall have up to and including March 25, 2008 to file a response to the Defendant's Motion to Transfer Venue or to Stay [Doc. 7].

_____     _____
DATE                          UNITED STATES DISTRICT JUDGE