**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION,  :   :   : | |
| Plaintiff,   : | |
| :   v.   : | Civil Action No. 07-2230 (JR) |
| :   INTERNATIONAL BOARD OF DIRECTORS : OF THE UNITED TRANSPORATION   : UNION, *et al.*,   :   : | |
| Defendants.   : | |

**ORDER**

      Upon consideration of defendant's motion to transfer this case to the Northern District of Ohio, and after reviewing the docket of the related case pending in that court, <u>Michael et al v. Thompson et al</u>, No. 1:07-cv-3818, it is **ORDERED** that the transfer motion [#7] is **denied.**  It is **FURTHER ORDERED** by the Court *sua sponte* that all proceedings in the instant case are **stayed** pending the entry of judgment or other resolution of the merger validity issue that is presented in the <u>Michael</u> litigation.


                                       JAMES ROBERTSON
                           United States District Judge